UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>James M. Smolinsky</u>

          v.                Civil No. 08-cv-210-JD

<u>US Social Security Administration, Commissioner</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated April 24, 2009.

SO ORDERED.

May 12, 2009                <u>**/s/ Joseph A. DiClerico, Jr.**</u>
                                    Joseph A. DiClerico, Jr.
                                    United States District Judge

cc:    Francis Jackson, Esq.
        Karen Fitzmaurice, Esq.
        Gretchen Leah Witt, Esq.